**ORIGINAL**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 2 0 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HAROLD CAMPBELL, # 1122264,  )  <br> Petitioner,  ) <br> ) <br> v.  ) <br> ) <br> DOUGLAS DRETKE, Director, Texas  ) <br> Department of Criminal Justice,  ) <br> Correctional Institutions Division,  ) <br> Respondent.  ) | 3:05-CV-1107-B |

## ORDER

After making the independent review required by 28 U.S.C. § 636(b), the Court finds that *applying a de novo standard to the Petitioner's objections,* the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the Findings, Conclusions and Recommendation of the Magistrate Judge are ADOPTED.

Signed this 20th day of Oct., 2005.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE